UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH MCKAY,

    Plaintiff,

v.

NUGS.NET ENTERPRISES, INC.,

    Defendant.

Case No. 23-cv-01900-JSC

**PRETRIAL ORDER NO. 1**

Following the Initial Case Management Conference held on July 20, 2023, IT IS ORDERED:

**I.  CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline to File Stipulated Protective Order: | July 31, 2023 |
| Deadline to Move to Amend Pleadings: | December 7, 2023 |
| Deadline for Plaintiff to move for Class Certification/ Disclose Class Certification Experts: | June 3, 2024 |
| Deadline for Defendant to oppose Class Certification/ Disclose Experts: | September 3, 2024 |
| Deadline for Plaintiff's Class Certification Reply/ Rebuttal Expert Reports: | November 4, 2024 |
| Hearing on Motion for Class Certification: | December 12, 2024 at 10:00 am |

A further Case Management Conference is scheduled for November 2, 2023 at 1:30 p.m. via Zoom video.  An updated Joint Case Management Conference Statement is October 26, 2023. The Court will be especially interested in the parties' thoughts on the timing of private mediation.

**IT IS SO ORDERED**.

Dated: July 20, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge