UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MCKAY,<br><br>  Plaintiff,<br><br>  v.<br><br>NUGS.NET ENTERPRISES, INC.,<br><br>  Defendant. | Case No. 23-cv-01900-RFL   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. Per the Court's December 15, 2023 Order of Reference to Magistrate Judge For Discovery, the parties shall prepare a joint letter of not more than five pages explaining the current status of the dispute(s) previewed in their Updated Joint Case Management Statement. See ECF No. 49. The parties must submit this joint letter no later than January 10, 2024. Up to twelve pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The undersigned shall then issue a ruling, order more formal briefing, or set a hearing, if necessary.

//
//
//
//
//
//
//

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: December 20, 2023

LISA J. CISNEROS
United States Magistrate Judge