UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MCKAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NUGS.NET ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-01900-RFL   (LJC)<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE** |

Having reviewed the parties' Joint Discovery Letter Brief (ECF No. 54), the Court hereby sets a status conference on the matter for February 1, 2024, at 1:30 p.m., via Zoom videoconference. By 12:00 p.m. on January 31, 2024, the parties shall file a joint letter of no more than five pages which gives an update on the current status of the discovery disputes identified in the Joint Discovery Letter Brief and includes a joint proposed agenda for the status conference.

**IT IS SO ORDERED.**

Dated: January 29, 2024

LISA J. CISNEROS
United States Magistrate Judge