UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MCKAY,<br><br>             Plaintiff,<br><br>     v.<br><br>NUGS.NET ENTERPRISES, INC.,<br><br>             Defendant. | Case No.  23-cv-01900-RFL   (LJC)<br><br>**ORDER CONVERTING DISCOVERY STATUS CONFERENCE TO AN IN-PERSON HEARING AND CONTINUING TO MARCH 14, 2024** |

Pursuant to the Court's February 22, 2024 Order (ECF No. 67), the parties have filed a Joint Proposed Discovery Schedule, which in reality contains two competing proposals as to potential interim discovery deadlines prior to the June 3, 2024 deadline for Plaintiff to move for class certification.  ECF No. 70.  The parties have also filed two Joint Discovery Letter Briefs, one regarding ESI Issues and another regarding Non-ESI Issues.  ECF Nos. 68, 69.  The Court previously set a discovery status conference for March 12, 2024, at 10:30 a.m., via Zoom.[1]

The Court is seriously concerned about the continuing delay in commencing discovery (even though the class certification motion deadline is now less than three months away), the lack of cooperation between the parties, and their inability to resolve disputes through the meet and confer process.  Accordingly, the March 12, 2024 discovery status conference is hereby **CONVERTED** into an in-person hearing, and **CONTINUED** to March 14, 2024, at 1:30 p.m., to be held at 450 Golden Gate Avenue, Courtroom G, 15th Floor, San Francisco, CA, 94102.  If the parties are unavailable, they may file a stipulation and proposed order to continue the hearing to the following week, on either March 19, 2024, at 10:30 a.m., or March 21, 2024, at 1:00 p.m.

---

[1] All times provided in this Order are in Pacific Standard Time (PST).

If they wish, by March 13, 2024, at 12:00 p.m., the parties may file a joint letter of no more than two pages informing the Court of whether they have managed to resolve any of their pending disputes before the hearing. If the parties file a stipulation and proposed order for a continuance as set forth above, they shall also propose a new deadline by which the joint letter can be filed, which shall be no less than twenty-four hours before the proposed hearing date. The Court will review any joint letter filed by the parties and may consider whether converting the in-person hearing back to a hearing via Zoom videoconference is warranted.

**IT IS SO ORDERED.**

Dated: March 7, 2024

LISA J. CISNEROS
United States Magistrate Judge