| | |
|---|---|
| Frank S. Hedin (SBN: 291289)<br>**HEDIN LLP**<br>535 Mission Street<br>San Francisco, California 94105<br>(305) 357-2107<br>fhedin@hedinllp.com | Scott R. Drury (*Pro Hac Vice*)<br>Illinois Bar No. 6255867<br>**DRURY LEGAL, LLC**<br>6 Carriage Lane<br>Highwood, Illinois 60040<br>(312) 358-8225<br>scott@drurylegal.com |

*Attorneys for Plaintiff and putative class members*

KENNETH P. NABITY (Bar No. 287927)
MARK MARSENOVIC (Bar No. 351658)
**DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP**
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:    (916) 661-5700
Facsimile:     (916) 661-5701
knabity@delfinomadden.com
mmarsenovic@delfinomadden.com

*Attorneys for Defendant*
*NUGS.NET ENTERPRISES, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH MCKAY, individually and on behalf of all other persons similarly situated,<br><br>                                  Plaintiff,<br><br>     v.<br><br>NUGS.NET ENTERPRISES, INC.,<br><br>                                  Defendant. | Case No. 3:23-cv-01900-RFL (LJC)<br><br>**[PROPOSED]** ORDER **AS MODIFIED** TO CONTINUE DISCOVERY CONFERENCE<br>Date:           March 14, 2024<br>Time:          1:30 p.m.<br>Courtroom:  G – 15th Floor<br>Judge:         Lisa J. Cisneros<br>Action Filed: April 20, 2023 |

Pursuant to Stipulation, it is so Ordered. The March 14, 2024 hearing is **CONTINUED** to March 21, 2024, at 1:00 p.m. PST, at 450 Golden Gate Ave., Courtroom G, 15th Floor, San Francisco, CA.  The parties' two-page joint letter is due by March 18, 2024, at 5:00 p.m. PST.

DATED: March 13, 2024                                  _____
                                                                         HON. LISA J. CISNEROS
                                                                         United States Magistrate Judge

- 1 -
**[PROPOSED]** ORDER **AS MODIFIED** TO CONTINUE DISCOVERY
CONFERENCE CASE NO. 3:23-CV-01900-RFL (LJC)